IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:20-cv-01106-ELR |
| EMORY PROMENADE, L.P., ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jessica Blinkhorn and Defendant Emory Promenade, L.P., by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: August 5, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/John S. Snelling
John S. Snelling
Georgia Bar No. 665759
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30309
Tel: (404) 567-6588
Fax: (404) 467-8845
John.snelling@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I certify that on August 5, 2020, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

John S. Snelling, Esq.
Toni J. Read, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1180 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30309
John.snelling@lewisbrisbois.com
tread@lbbslaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich